(2) Whether the independent concurrent cause rule should be adopted as the law of Pennsylvania.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Charles McCULLOUGH, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 6, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of November, 2015, the Petition Pursuant to Pa.R.J.A. 1701 for the Expedited Allowance of a Subpoena Directed to a Sitting Commonwealth Court Judge is **GRANTED.**